IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DWIGHT LEE CROSDALE,

   Petitioner,

    v.

DANNIE THOMPSON, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-1693-TWT

## ORDER

This is a pro se Petition for a writ of habeas corpus. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss for Failure to State a Claim [Doc. 7] and Motion to Dismiss Petition for Lack of Exhaustion [Doc. 8]. I approve and adopt the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss for Failure to State a Claim [Doc. 7] is GRANTED. The Respondent's Motion to Dismiss Petition for Lack of Exhaustion [Doc. 8] is GRANTED. This action is DISMISSED without prejudice.

SO ORDERED, this 16 day of March, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge